Action by Ambrose J. Agate against Caroline E. House.

No opinion. Order resettled so far only to declare that the conveyance of the property to the plaintiff shall be subject to defendant's right to reimbursement of any sum owing to her, and for the reimbursement of which the premises were a security in her hands.

## CHESEBROUGH, Respondent, v. CONOVER, Appellant.

*(Supreme Court, General Term, First Department. December 31, 1891.)*

Action by Julius F. Chesebrough against Daniel D. Conover.

No opinion. The judgment from which this appeal is taken having been vacated on motion, it is not necessary to decide the appeal, there being now no judgment in evidence. Appeal dismissed. For former report, see 13 N. Y. Supp. 374.

## BERAN v. TRADESMAN'S NAT. BANK.

*(Supreme Court, General Term, First Department. December, 1891.)*

No opinion. This cause having been assigned to LAMBERT, J., to write, and he having failed to do so, a reargument is ordered. For former report, see 10 N. Y. Supp. 677.

## BLAKE v. BARNES.

*(Supreme Court, General Term, First Department. December, 1891.)*

No opinion. This cause having been assigned to LAMBERT, J., to write, and he having failed to do so, a reargument is ordered. For further reports, see 12 N. Y. Supp. 69, 354; 9 N. Y. Supp. 933.

## CAFFE v. OTTMAN.

*(Supreme Court, General Term, First Department. December, 1891.)*

No opinion. This cause having been assigned to LAMBERT, J., to write, and he having failed to do so, a reargument is ordered.

## SHEA v. OLD DOMINION S. D. Co.

*(Supreme Court, General Term, First Department. December, 1891.)*

No opinion. This cause having been assigned to LAMBERT, J., to write, and he having failed to do so, a reargument is ordered.

## WALL v. JONES.

*(Supreme Court, General Term, First Department. December, 1891.)*

No opinion. This cause having been assigned to LAMBERT, J., to write, and he having failed to do so, a reargument is ordered.

## PEOPLE ex rel. PUTZEL, Respondent, v. SIMONSON et al., Appellants.

*(Supreme Court, General Term, First Department. February 18, 1892.)*

On reargument as to costs. Modified. See 17 N. Y. Supp. 595, *mem.* See, also, 16 N. Y. Supp. 118; 18 N. Y. Supp. 37.

Argued before VAN BRUNT, P. J., and PATTERSON and O'BRIEN, JJ.

*Chas. T. Haviland,* for appellants. *Archibald L. Sessions,* for respondent.

PER CURIAM. It was the intention of the court upon the previous reversal to grant only motion costs, which would amount to $20, and disbursements. Ordered accordingly.